# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>v.<br><br>BRETT J. WILLIAMSON,<br>    Defendant. | CRIMINAL ACTION<br><br>No. 13-20011-01-SJM |

## **ORDER**

Both the government and defendant object in part to the Magistrate Judge's Report and Recommendation with respect to disposition of defendant's motions to suppress (docket entries 55 and 56). Having considered the issues raised de novo, and having considered the recorded interviews of the defendant (as requested by counsel), I hereby approve and adopt the thoughtful and thorough Report and Recommendation (docket entry 53) for the reasons given therein by Magistrate Judge Waxse. The objections raised are overruled. Specifically, with respect to suppression of the statements made by defendant while being transported to the federal courthouse, while a close call, about which reasonable minds could well differ, I agree that the recorded conversations demonstrate that defendant was subjected, while in custody, to a deft and subtle, but nevertheless deliberate and clear unwarned police interrogation designed to avoid the officer's Miranda obligations while eliciting inculpatory statements from the defendant for use in the pending prosecution.

**IT IS SO ORDERED.**

Dated this 5th day of June, 2014 at Kansas City, Kansas.

                 s/ Steven J. McAuliffe
                 Steven J. McAuliffe
                 United States District Judge