IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL ACTION |
| ) | |
| v. ) | No. 13-20011-01-KHV |
| ) | |
| BRETT J. WILLIAMSON, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**MEMORANDUM AND ORDER**

On May 28, 2015, the Court sentenced defendant to a controlling term of life in prison. On September 9, 2024, the Court overruled defendant's Motion For Leave To Inspect Original Recordings Of Proceedings (Doc. #257) filed April 29, 2024, which sought copies of the stenographic notes of the court reporters at his criminal hearings in 2013 and 2014.  See Memorandum And Order (Doc. #258).  This matter is before the Court on defendant's Motion To Reconsider [Order On] Motion For Leave To Inspect Original Recordings Of Proceedings (Doc. #259) filed September 24, 2024.  For reasons stated below, the Court sustains defendant's motion.

A court reporter must "attach his official certificate to the original shorthand notes or other original records" of court proceedings and promptly file them with the clerk who must preserve them for at least ten years.  28 U.S.C. § 753(b).  Under the statute, the "original notes or other original records and the copy of the transcript in the office of the clerk shall be open during office hours to inspection by any person without charge."  Id.

The Court previously ordered that defendant's representative may inspect the electronic copy of the stenographic notes at the Clerk's Office during normal business hours.  See Memorandum And Order (Doc. #258) at 1–2.  Defendant argues that because he has no

representative willing to travel to the courthouse to inspect the notes, the Court should allow him to obtain copies at his expense. The Court agrees. The Court therefore sustains defendant's motion to reconsider.

**IT IS THERFORE ORDERED** that defendant's <u>Motion To Reconsider [Order On] Motion For Leave To Inspect Original Recordings Of Proceedings</u> (Doc. #259) filed September 24, 2024 is **SUSTAINED. Defendant may order a copy of the stenographic notes of the court reporters for all of the hearings in this matter. Defendant must pay the standard fee of $0.50 per page. If defendant has any questions about fee payment, he may contact the clerk's office, 913-735-2200.**

Dated this 15th day of October, 2024 at Kansas City, Kansas.

s/ Kathryn H. Vratil  
KATHRYN H. VRATIL  
United States District Judge